AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MARIA MONTALVO

**SUMMONS IN A CIVIL ACTION**

V.

SHAUN DONOVAN, as Commissioner of the New York City Department of Housing Preservation and Development (HPD), ROBERT DOAR, as Commissioner of the New York City Human Resources Administration (HRA), ELSIE DEL CAMPO, as Commissioner of the New York City HIV/AIDS Services Administration (HASA), THE LANTERN GROUP, INC., and SCHAFER HALL, LP.

CASE NUMBER:

**07 CIV 7973**

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

SHAUN DONOVAN, Commissioner of the New York City
Department of Housing Preservation and Development
(HPD)
100 Gold Street
New York, New York 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ime Nse Imeh, Esq.
MANHATTAN LEGAL SERVICES
55 West 125th Street, 10th Floor
New York, New York 10027
(212) 348-7449

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         SEP 1 1 2007

CLERK / signature /                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/25/2007 |
| NAME OF SERVER (PRINT) Alfredo Williams | TITLE Process Server/ Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   On 9/17/07, HPD, Office of Legal Affairs, 100 Gold Street, NY, NY 10038.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   On 9/25/07, NYC Law Department, Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/07
                Date

*Signature of Server*

55 West 125th St., 10th Floor, NY, NY 10027
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MARIA MONTALVO

**SUMMONS IN A CIVIL ACTION**

V.

SHAUN DONOVAN, as Commissioner of the New
York City Department of Housing Preserva-
tion and Development (HPD),
ROBERT DOAR, as Commissioner of the
New York City Human Resources Admini-
stration (HRA), ELSIE DEL CAMPO, as
Commissioner of the New York City HIV/
AIDS Services Administration (HASA), THE
LANTERN GROUP, INC., and SCHAFER HALL, LP.

CASE NUMBER:

07 CIV 7973

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

ROBERT DOAR, Commissioner of the New York City Human
Resources Administration (HRA)
180 Water Street
New York, New York 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ime Nse Imeh, Esq.
MANHATTAN LEGAL SERVICES
55 West 125th Street, 10th Floor
New York, New York 10027
(212) 348-7449

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                SEP 1 1 2007

CLERK                                             DATE
/s/ Marcos Quintero
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/25/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Alfredo Williams | Process Server/ Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   On 9/17/07, HRA, Office of Legal Affairs, 180 Water Street, 17th Floor, NY, NY 10038, designated by NYC Human Resources Administration as place for the service of place.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   On 9/25/07, NYC Law Department, Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/07
             Date

*Signature of Server*

55 West 125th St., 10th Floor, NY, NY 10027
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MARIA MONTALVO

**SUMMONS IN A CIVIL ACTION**

V.

SHAUN DONOVAN, as Commissioner of the New York City Department of Housing Preservation and Development (HPD), ROBERT DOAR, as Commissioner of the New York City Human Resources Administration (HRA), ELSIE DEL CAMPO, as Commissioner of the New York City HIV/AIDS Services Administration (HASA), THE LANTERN GROUP, INC., and SCHAFER HALL, LP.

CASE NUMBER: **07 CIV 7973**

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

ELSIE DEL CAMPO, Deputy Commissioner of the
New York City HIV/AIDS Services Administration
12 West 14th Street
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ime Nse Imeh, Esq.
MANHATTAN LEGAL SERVICES
55 West 125th Street, 10th Floor
New York, New York 10027
(212) 348-7449

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 1 2007

CLERK _____   DATE

(By) DEPUTY CLERK

440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9/25/2007 |
|---|---|
| NAME OF SERVER *(PRINT)* Alfredo Williams | TITLE Process Server/ Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   On 9/17/07, HRA, Office of Legal Affairs, 180 Water Street, 17th Floor, NY, NY 10038, designated by NYC HIV/AIDS Services Administration as place for the service of place.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   On 9/25/07, NYC Law Department, Office of Corporation Counsel, 100 Church Street, 4th Floor, NY, NY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/26/07___  _____*Alfredo Williams*_____
              Date                       Signature of Server

55 West 125th St., 10th Floor, NY, NY 10027
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MARIA MONTALVO

**SUMMONS IN A CIVIL ACTION**

V.

SHAUN DONOVAN, as Commissioner of the New York City Department of Housing Preservation and Development (HPD), ROBERT DOAR, as Commissioner of the New York City Human Resources Administration (HRA), ELSIE DEL CAMPO, as Commissioner of the New York City HIV/AIDS Services Administration (HASA), THE LANTERN GROUP, INC., and SCHAFER HALL, LP.

CASE NUMBER:

**07 CIV 7973**

**JUDGE SCHEINDLIN**

TO: (Name and address of Defendant)

THE LANTERN GROUP, INC.
118 East 25th Street, 12th Floor
New York, New York 10010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ime Nse Imeh, Esq.
MANHATTAN LEGAL SERVICES
55 West 125th Street, 10th Floor
New York, New York 10027
(212) 348-7449

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                            SEP 1 1 2007

CLERK _/s/ Marcos Quintero_                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/17/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Alfredo Williams | Process Server/ Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    690 Eighth Avenue, New York, New York 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    On 9/17/07, attempted service of pleadings at 118 E. 25th Street, 12 Floor, NY, NY, but was informed that company did not exist at that location. Address above designated as place for service of pleadings.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/26/07          *Alfredo Williams*
                Date             *Signature of Server*

                        55 West 125th St., 10th Floor, NY, NY 10027
                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

MARIA MONTALVO

**SUMMONS IN A CIVIL ACTION**

V.

SHAUN DONOVAN, as Commissioner of the New
York City Department of Housing Preserva-
tion and Development (HPD),
ROBERT DOAR, as Commissioner of the
New York City Human Resources Admini-
stration (HRA), ELSIE DEL CAMPO, as
Commissioner of the New York City HIV/
AIDS Services Administration (HASA), THE
LANTERN GROUP, INC., and SCHAFER HALL, LP.

CASE NUMBER:



07 CIV 7973

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

SCHAFER HALL, LP
690 EIGHTH AVENUE
NEW YORK, NEW YORK 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ime Nse Imeh, Esq.
MANHATTAN LEGAL SERVICES
55 West 125th Street, 10th Floor
New York, New York 10027
(212) 348-7449

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 1 1 2007

___J. MICHAEL M. MAHON___           _____
CLERK                                DATE

___(signature)___
(By) DEPUTY CLERK

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/17/2007 |
| NAME OF SERVER *(PRINT)* <br> Alfredo Williams | TITLE <br> Process Server/ Investigator | |
| *Check one box below to indicate appropriate method of service* | | |

☑ Served personally upon the defendant. Place where served:
   690 Eighth Avenue, New York, New York 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/07
                  Date                           *Signature of Server*

                                    55 West 125th St., 10th Floor, NY, NY 10027
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.