UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

MARIA MONTALVO,

          Plaintiff,

          -against-

SHAUN DONOVAN, as Commissioner of the New York
City Department of Housing Preservation and
Development (HPD), ROBERT DOAR, as Commissioner
of the New York City Human Resources
Administration (HRA), ELSIE DEL CAMPO, as
Commissioner of the New York City HIV/AIDS
Services Administration (HASA), THE LANTERN
GROUP, INC., and SCHAFER HALL, LP,

          Defendants.
——————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

**ORDER TO SHOW CAUSE**

07-CIV-7973

      Upon the annexed affidavit of MARIA MONTALVO sworn to the 26th day of September, 2007, the affirmation of IME NSE IMEH, ESQ., dated September 26, 2007, the attached exhibits and upon all the proceedings heretofore had herein, let the defendants or defendants' attorneys show cause before me or one of the Judges of this Court, at a Motion Term of the of the Federal District Court for the Southern District of New York, Room _15C_, located at 500 Pearl Street, in the County of New York, City and State of New York, on the _26_ day of _October_, 2007, at _11:30 a.m._ o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be made, pursuant to 28 U.S.C. § 2202 and Rules 65 and 54, Fed. R. Civ. P.:

   1.   Granting a ~~preliminary injunction prohibiting~~ _temporary restraining order restraining_ defendants THE LANTERN GROUP

and SCHAFER HALL, LP from taking any steps or action to recover possession of plaintiff MARIA MONTALVO's apartment pending a final determination of plaintiff's claims; and,

2.   Granting a ~~preliminary injunction~~ *temporary restraining order* staying the proceeding captioned <u>Schafer Hall, LP vs. Maria Montalvo</u>, (Civ. Ct., New York County, Housing Part U, Index no. 252417/2006), pending a final determination of plaintiff's claims.

3   Granting such other and further relief as may be just.

*4. Plaintiff is required to pay rent previously ordered by the Housing Court of the City of New York.*

Pending the hearing and determination of this motion, LET defendants THE LANTERN GROUP, INC. and SCHAFER HALL, LP be stayed from taking any action to evict plaintiff MARIA MONTALVO from her apartment including taking any actions in the Civil Court including the eviction proceeding <u>Schafer Hall, LP vs. Maria Montalvo</u>, (Civ. Ct., New York County, Housing Part U, Index no. 252417/2006). *Defendants may submit papers in opposition by October 19, 2007.*

SUFFICIENT CAUSE THEREFORE APPEARING, LET personal service of a copy of this order, together with a copy of the affidavits annexed thereto, on defendants on or before the **28** day of **September**, 2007, be sufficient.

Proof of service of these papers is to be filed with the Court on or before the **28** day of **September**, 2007.

Dated:   September **28**, 2007
New York, New York

_____
UNITED STATES DISTRICT JUDGE