UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MONTALVO,

            *Plaintiff,*

- against -

SHAUN DONOVAN, as Commissioner
of the New York City Department of Housing
Preservation and Development (HPD),
ROBERT DOAR, as Commissioner of
the New York City Human Resources
Adminsitration (HRA), ELSIE DEL CAMPO,
as Commissioner of the New York City
HIV/AIDS Services Administration (HASA),
THE LANTERN GROUP, INC., and
SCHAFER HALL, LP,

            *Defendants.*

Index No.: 7973cv07 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Andrew D. Stern, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the following case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

September 2?, 2007

United States District Judge
Hon. Shira A. Scheindlin

cc:  Pro Hac Vice Attorney
      Court File