UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Maria Montalvo,

                      Plaintiff,

    -against-

Donovan, as Commissioner of New York City
Department of Housing Preservation and
Development (HPD) et al.,

                      Defendants.

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                )   SS:
COUNTY OF NEW YORK )

       Alfredo Williams, being duly sworn, does hereby depose and say that:

       1.    I am not a party to this action; I am over 18 years of age; My place of employment is at 55 West 125th Street, 10th Floor, New York, NY 10027.

       2.    On October 1, 2007, I served a copy of the ORDER TO SHOW CAUSE, dated September 28, 2007 and the supporting papers personally with a person in charge of the offices of:

                    (1) New York City Law Department
                        100 Church Street
                        New York, New York 10007

                    (2) Sperber Denenberg & Kahan, P.C.
                        48 West 37th Street, 16th Floor
                        New York, New York 10018

                                                  _____
                                                  Alfredo Williams

Sworn to before me this before
this 1st day of October, 2007

_____
Notary Public

DELCI T. GARCIA
Notary Public, State of New York
No. 01GA6167898
Qualified in New York County
Commission Expires June 4, 2011