UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Maria Montalvo,

                 Plaintiff,                      **AFFIDAVIT OF SERVICE**

    -against-

Donovan, as Commissioner of New York City
Department of Housing Preservation and
Development (HPD) et al.,

                 Defendants.

------------------------------------------------------------X

STATE OF NEW YORK    )
                                  )   SS:
COUNTY OF NEW YORK  )

      Alfredo Williams, being duly sworn, does hereby depose and say that:

      1.    I am not a party to this action; I am over 18 years of age; My place of employment is at 55 West 125th Street, 10th Floor, New York, NY 10027.

      2.    On October 1, 2007, I served a copy of the ORDER TO SHOW CAUSE, dated September 28, 2007 and the supporting papers personally with a person in charge of the offices of:

                       (1) New York City Law Department
                          100 Church Street
                          New York, New York 10007

                   (2) Sperber Denenberg & Kahan, P.C.
                          48 West 37th Street, 16th Floor
                          New York, New York 10018

                                                _____
                                                Alfredo Williams

Sworn to before me this before
this 1st day of October, 2007

_____
Notary Public

                DELCI T. GARCIA
        Notary Public, State of New York
               No. 01GA6167898
          Qualified in New York County
       Commission Expires June 4, 2011