UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MARIA MONTALVO,

              Plaintiff,                               CV-07-7973

  -against-                                         NOTICE OF APPEARANCE

SHAUN DONOVAN, as Commissioner of the New York
City Department of Housing Preservation and
Development (HPD), ROBERT DOAR, as Commissioner
of the New York City Human Resources
Administration (HRA), ELSIE DEL CAMPO, as
Commissioner of the New York City HIV/AIDS
Services Administration (HASA), THE LANTERN GROUP,
INC., and SCHAFER HALL, LP,

              Defendants.
_____x

     PLEASE TAKE NOTICE, that the plaintiff MARIA MONTALVO, hereby notifies petitioner that the undersigned has been retained as attorney for the said plaintiff together with co-counsel, Manhattan Legal Services, and demands that you file and serve copies of all papers in this proceeding upon the undersigned at the office and address stated below.

Dated:       October 5, 2007
                Brooklyn, New York

                                      Yours truly,

                                      RAUN RASMUSSEN, ESQ.
                                      LEGAL SERVICES FOR NYC
                                      LEGAL SUPPORT UNIT
                                      EDWARD JOSEPHSON, ESQ., (EJJ-7815)
                                      350 Broadway
                                      New York, NY 10014
                                      Attorneys for Plaintiff
                                        (718) 237-5538

TO:

Seth Denenberg, Esq.
Sperber, Denenberg & Kahan, P.C.
48 West 37th St., 16th Flr.
New York, N.Y. 10018

Martin Bowe, Esq.
Corporation Counsel of the City of New York
100 Church Street
New York, NY  10007