



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARTIN BOWE
212-788-0878

October 24, 2007

By Facsimile (212) 805-7920
Honorable Shira A. Scheindlin
United States District Court
500 Pearl St., Room 1620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

Re: Montalvo v. Donovan, 07 CV 7973 (SAS)

Dear Judge Scheindlin:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for City defendants in the above-referenced matter. I write on behalf of all defendants to request that the conference scheduled for October 26, 2007 be adjourned, with a status letter to the Court, hopefully accompanied by a stipulation of settlement, by November 15, 2007. All defendants consent to a continuation of the temporary restraining order issued by the Court until the time of the next conference before your Honor, if any, or until the time of a hearing.

    City defendants believe that this matter can be resolved through payment of plaintiff's rent arrears. Over the next two weeks, City defendants will continue to confer with counsel for co-defendants and plaintiff in arriving at a stipulation of settlement.

    Thank you for your consideration of this request.

Respectfully submitted,

Martin Bowe (MB8042)
Assistant Corporation Counsel

Ime Imeh, Esq. (646) 442-3107
Andrew Stern, Esq. (212) 351-1335

*Request Granted. The October 26 conference is rescheduled for November 21 at 10 a.m. No further adjournments will be granted.*

*So Ordered:* [signature] USDJ 10/24/07