# MANHATTAN LEGAL SERVICES

**LSNY–Manhattan**
Legal Services for New York City

90 John Street, Suite 301
New York, New York 10038
Tel. No.: (646) 442-3100

**HARLEM LEGAL SERVICES**
55 West 125th Street, 10th Floor
New York, New York 10027
Tel. No.: (212) 348-7449

Peggy Earisman
*Project Director*

*Providing Free Civil Legal Services To Manhattan Residents*

November 7, 2007

<u>VIA FACSIMILE: 212.805.7920</u>
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

NOV - 7 2007

11/5/07

<u>Re: Montalvo vs. Donovan et al, 07- Civ-7973</u>

Dear Judge Scheindlin:

    I am an attorney in the office of Manhattan Legal Services, attorneys for plaintiff Maria Montalvo. I write this joint letter on behalf of plaintiff and all defendants to request that the hearing which was adjourned to November 21, 2007 and the pre-trial conference on the Court's calendar for November 19, 2007 be consolidated and calendared on November 19, 2007.

    During a telephone conversation with your clerk/court attorney on November 5, I mentioned that November 19 would be a more suitable date for all parties, as some of us will be traveling early for the Thanksgiving holiday. She advised me to obtain a consensus from all parties and to submit this letter to you. All parties defer to the Court's choosing of the time for all matters to be heard on November 19.

    Thank you for your consideration of this request.

Respectfully submitted,

Ime Nse Imeh (II4975)
Staff Attorney

cc.: Martin Bowe, Asst. Corp Counsel
New York City Law Department
Fax: 212.788.0940

Andrew Stern, Esq.
Sperber Denenberg & Kahan, P.C.
Fax: 212.351.1303

*[Handwritten note from Judge:]* 12:00 pm The conferences are hereby consolidated on November 19, 2007. The conference scheduled for November 21, 2007 is hereby cancelled.
SO ORDERED
Date: New York, NY
November 7, 2007
Shira A. Scheindlin
USDJ