# MANHATTAN LEGAL SERVICES

**LSNY-Manhattan**
Legal Services for New York City

90 John Street, Suite 301
New York, New York 10038
Tel. No.: (646) 442-3100

**HARLEM LEGAL SERVICES**

55 West 125th Street, 10th Floor
New York, New York 10027
Tel. No.: (212) 348-7449

Peggy Earisman
*Project Director*

11/15/07

*Providing Free Civil Legal Services To Manhattan Residents*

2 wks, the v.tri

---

November 14, 2007

**VIA FACSIMILE: 212.805.7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

NOV 15 2007

Re: Montalvo vs. Donovan et al, 07- Civ-7973

Dear Judge Scheindlin:

I am an attorney in the office of Manhattan Legal Services, attorneys for plaintiff Maria Montalvo. This joint letter is written firstly to inform the Court that plaintiff and the defendants have been working through settlement discussions, and we are all confident that we will be able to reach a mutually beneficial resolution in the near future.

For this reason, plaintiff and defendants are, secondly, seeking an adjournment of the scheduled November 19th hearing/conference in order to draft a written stipulation which will be submitted to the Court. Defendants agree to an extension of the temporary restraining order imposed by the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Ime Nse Imeh (II4975)
Staff Attorney

cc.: Martin Bowe, Asst. Corp Counsel
New York City Law Department
Fax: 212.788.0940

Andrew Stern, Esq.
Sperber Denenberg & Kahan, P.C.
Fax: 212.351.1303

The parties' request is granted. The conference previously scheduled for Nov. 19, 2007 is adjourned to Monday, ~~Nov.~~ Dec. 3, 2007, at 4:00 p.m. No further adjournments will be granted. SO ORDERED.

Shira A. Scheindlin, USDJ

Date: Nov. 15, 2007