UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
**MARIA MONTALVO,**
                                                      :
               **Plaintiff,**       :      **ORDER OF**
                                       **DISCONTINUANCE**
                                                      :
     **-against-**                       07 Civ. 7973 (SAS)
                                                      :
**SHAUN DONOVAN, et al.,**
                                                      :
              **Defendants.**
                                                      :
------------------------------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            January 8, 2008

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/8/08]*

- Appearances -

**For Plaintiff:**

Ime Imeh, Esq.
Julie Hall, Esq.
Edward J. Josephson, Esq.
Manhattan Legal Services
55 West 125th Street, 10th Floor
New York, NY 10027
(212) 348-7449

**For The City Defendants:**

Martin Bowe
Assistant Corporation Counsel
100 Church Street, 2nd Floor
New York, NY 10007
(212) 788-0878

**For The Lantern Group, Inc.
 and Schafer Hall, LP:**

Andrew D. Stern, Esq.
Sperber, Denenberg, Kahan, P.C.
48 West 37th Street, 16th Floor
New York, NY 10018
(917) 351-1335